# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GIOVANNI KOHLER KURTZE,<br>        Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>        Respondent. | No. 74597 |
| GIOVANNI KOHLER KURTZE,<br>        Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>        Respondent. | No. 74675 ✓ |

FILED

JAN 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
        DEPUTY CLERK

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Appellant's notices of appeal fail to identify any decisions of the district court. Further, it does not appear from the district court minutes and docket entries that the district court has entered any appealable order. Accordingly, we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-03813

cc: Hon. Eric Johnson, District Judge
    Giovanni Kohler Kurtze
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk